**No. 09-9385. Steve Dias, aka O'Neil Guthrie, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2357, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 3074.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 859.

**No. 09-9388. Howard Edward McCall, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2358, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 3055.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 811.

**No. 09-9389. Travon Gardner, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2358, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 3064.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9393. Kevin Patrick Flood, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2358, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 2959.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 339 Fed. Appx. 210.

**No. 09-9395. Rafael Gonzalez, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2358, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 3046,

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9401. Nathan Messick, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2358, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 3031.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 831.

**No. 09-9402. Terry Earl Neidlinger, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2359, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 2977.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 354 Fed. Appx. 357.

**No. 09-9406. Anthony Jackson, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2363, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 2971.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9409. Jose A. Robles-Rodriguez, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2363, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 3109.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.